IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:13-cr-003

RAJA THOMAS,

    JUDGE WALTER HERBERT RICE

    Defendant.

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 1/22/2013 |
| Jury Trial Date | 3/18/2013 |
| Final Pretrial Conference (by telephone) | 3/11/2013 at 5:00 pm |
| Motion Filing Deadline<br>    Oral and Evidentiary Motions | 2/18/2013 |
|     Other Motions | 2/15/2013 |
| Discovery Cut-off | 3/4/2013 |
| Speedy Trial Deadline | 3/20/2013 |
| Further Status Conference | - - - - - - |

January 24, 2013

*[signature]*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf